| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Contour Spa, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **88-3467142** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**8762 Lake Tibet Court**<br>**Orlando, FL 32836**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.contourspa.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Contour Spa, LLC**  
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | **2199** |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. |
| | | ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No |
| | | ☐ Yes. |

Debtor  **Contour Spa, LLC**                                                            Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Contour Spa, LLC**  Case number (*if known*)
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 11, 2025**
              MM / DD / YYYY

**X  /s/ Roger A. Farwell**                                    **Roger A. Farwell**
Signature of authorized representative of debtor               Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

**X  /s/ Jimmy D. Parrish**                                    Date  **June 11, 2025**
Signature of attorney for debtor                               MM / DD / YYYY

**Jimmy D. Parrish 0526401**
Printed name

**Baker & Hostetler LLP**
Firm name

**200 S. Orange Ave.**
**Suite 2300**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **407-649-4000**      Email address  **jparrish@bakerlaw.com**

**0526401 FL**
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE
## MEMBERS AND MANAGERS OF
## CONTOUR SPA, LLC

### June 11, 2025

The undersigned, being two of the Managers (the "Managers") of Contour Spa, LLC, a Florida Limited Liability Company (the "Company"), hereby adopt the following resolutions, effective as of the first date written above, and hereby consent to the adoption of the below resolutions, effective as of the first date written above:

### Chapter 11 Filing and Retention of Professionals

**WHEREAS,** the Managers have considered, among other things, the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, the liquidity situation of the Company, the strategic alternatives available to it, the effect of the foregoing on the Company's business, and the advice of management and the Company's legal advisors.

**WHEREAS,** the Company has had the opportunity to consult with the management and legal advisors of the Company and to fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT RESOLVED,** that, for the purposes of the following resolutions, the undersigned Managers of the Company and their delegates, if any, shall be "Authorized Officers" empowered to act with respect to the actions authorized in these resolutions.

**FURTHER RESOLVED** that, in the judgment of the Managers, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized to file, or caused to be filed, a voluntary petition for relief (together with the chapter 11 cases of the Company's affiliates, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

**FURTHER RESOLVED,** that the Authorized Officers, as applicable, be, and each of them hereby are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**FURTHER RESOLVED,** that the Company and each of the Authorized Officers and, as applicable, is hereby authorized, directed, and empowered, on behalf of the Company, to employ the law firm of Baker & Hostetler LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to

advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Officers, as applicable, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Baker & Hostetler LLP.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of each of the Authorized Officers, as applicable, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

### Debtor-in-Possession Financing

**WHEREAS**, the Company requires immediate access to additional liquidity.

**WHEREAS**, the Company, through the Authorized Officers, has engaged with multiple potential lenders in the solicitation and negotiation of terms of a debtor-in-possession term loan facility (each, collectively including any related term sheets, credit agreements, security agreements, interim and final orders, and other related documents, a "Proposed DIP Credit Agreement"), which would be used to fund the operations of the Company and its affiliates that are debtors and debtors in possession in the ordinary course, fund the administration of the Chapter 11 Case, and pay the claims of certain vendors, employees, tenants, and other stakeholders in the ordinary course of business during the Chapter 11 Case.

**WHEREAS**, the Managers have been advised of the material terms of the Proposed DIP Credit Agreements.

**NOW, THEREFORE, BE IT RESOLVED**, that Roger A. Farwell (an Authorized Officer) is authorized and empowered on behalf of the Company to finalize, execute, and deliver the Proposed DIP Credit Agreement that the Authorized Officers select as being in the best interests of the Company, its creditors, and other parties in interest (such Proposed DIP Credit Agreement, the "DIP Credit Agreement").

**FURTHER RESOLVED**, that the Company's execution and delivery of, and its performance of its obligations (including guarantees) in connection with the DIP Credit Agreement, are hereby, in all respects, authorized and approved.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such actions as in its discretion is determined to be necessary, desirable, proper, or advisable to give effect to these resolutions and to negotiate, execute, deliver, file, perform, and cause the performance of the DIP Credit Agreement, the transactions contemplated thereby, and any and all other documents, certificates, instruments, real estate filings, recordings, security

assignments, agreements, intercreditor agreements, petitions, motions, or other papers or documents to which the Company is or will be a party or any order entered into in connection with the Chapter 11 Case, including, without limitation, any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions thereof (collectively with the DIP Credit Agreement, the "Financing Documents") necessary to consummate the transactions contemplated by the DIP Credit Agreement, including providing for adequate protection to the Company's existing secured lenders in accordance with section 363 of the Bankruptcy Code, in the form approved, with such changes therein and modifications and amendments thereto as any of the Authorized Officers, as applicable, may in their sole and absolute discretion approve, which approval shall be conclusively evidenced by his or her execution thereof. Such execution by any of the Authorized Officers, as applicable, is hereby authorized to be by facsimile, engraved or printed as deemed necessary and preferable.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, be, and hereby is, authorized and directed to seek authorization to enter into the DIP Credit Agreement and to seek approval of the use of collateral pursuant to a postpetition financing order in interim and final form with such changes therein, additions, deletions, amendments, or other modifications thereto as any Authorized Officer, as applicable, may in their sole and absolute discretion approve.

**FURTHER RESOLVED**, that the Company, as debtor and debtor-in-possession under the Bankruptcy Code be, and hereby is, authorized and directed to incur any and all obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Credit Agreement, including granting liens, guarantees, and providing equity pledges to secure such obligations.

**FURTHER RESOLVED**, that each of the Authorized Officers, as applicable, be, and hereby is, authorized and directed to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the DIP Credit Agreement and all fees and expenses incurred by or on behalf of each Company in connection with the foregoing resolutions, in accordance with the terms of the DIP Credit Agreement, which shall in their reasonable business judgment be necessary, proper, or advisable to perform the Company's obligations under or in connection with the DIP Credit Agreement and to fully carry out the intent of the foregoing resolutions.

**FURTHER RESOLVED**, that the Managers hereby ratify and confirm all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

## General

**NOW, THEREFORE, BE IT RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, as applicable, be, and hereby are, authorized and directed to do and perform all such other acts, deeds and things and to make,

negotiate, execute, deliver and file, or cause to be made, negotiated, executed, delivered and filed, all such agreements, undertakings, documents, plans, instruments, certificates, registrations, notices or statements as such Authorized Officers may deem necessary or advisable to effectuate or carry out fully the purpose of the foregoing resolutions, and the taking of such actions or the execution of such documents by any such Authorized Officers shall be conclusive evidence that such Authorized Officers deems such action or the execution and delivery of such document to be necessary or advisable and to be conclusive evidence that the same is within the authority conferred by the resolutions herein, and that any and all actions taken heretofore and hereafter to accomplish such purposes, all or singular, be, and they hereby are, approved, ratified and confirmed.

**FURTHER RESOLVED**, that the Managers have received sufficient notice of the actions and transactions relating to the matters contemplated by the resolutions herein, as may be required by the organizational documents the Company or hereby waive any right to have received such notice.

**FURTHER RESOLVED**, that this written consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument, and that this written consent may be delivered via facsimile or electronic transmission with the same force and effect as if it had been delivered manually.

**FURTHER RESOLVED**, that the Managers hereby ratify and confirm all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned Managers of the Company have executed this Action by Written Consent as of and effective on June 11, 2025.

_____
Ronald Lezenthal

_____
Roger Farwell

Fill in this information to identify the case:

Debtor name: **Contour Spa, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Servicing Inc. 15 Main Street Holmdel, NJ 07733 | advance@merchant-advance.com | MCA Funder | | | | $139,283.00 |
| American Express P.O. Box 981531 El Paso, TX 79998-1531 | amexsru@aexp.com | Credit card purchases | | | | $239,397.11 |
| Assured Assets LLC 9 W Broad St. #320 Stamford, CT 06902 | assuredassets@gmail.com | MCA Funder | | | | $195,857.00 |
| Forever Funding 251 Little Falls Dr. Wilmington, DE 19808 | | MCA Funder | | | | $112,500.00 |
| Formentera Capital Group | Questions@mcaservicingcompany.com | MCA Funder | | | | $339,617.00 |
| Fox Funding Group LLC 803 S 21st Ave. Hollywood, FL 33020 | underwriting@foxbusinessfunding.com | MCA Funder | | | | $198,192.00 |
| Gelt Capital USA LLC 7901 4th Street N. Suite 300 Saint Petersburg, FL 33702 | office@geltcapitalusa.com | MCA Funder | | | | $163,125.00 |
| Itria Ventures LLC 1 Penn Plaza Ste. 3101 New York, NY 10119-3101 | info@biz2credit.com | MCA Funder | | | | $241,667.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Contour Spa, LLC**                                              Case number *(if known)*
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kash Advance, LLC**  **323 Sunny Isles Blvd.**  **Suite 503**  **North Miami Beach, FL 33160** | **admin@kash-advance.com**  **516-368-4954** | **MCA Funder** | | | | **$344,615.00** |
| **Lanco Equities**  **500 W. Putnam Ave.**  **Suite 400**  **Greenwich, CT 06830** | **submit@uwadvance.com** | **MCA Funder** | | | | **$562,250.00** |
| **Libertas Funding, LLC**  **411 West Putnam Ave.**  **Suite 220**  **Taftville, CT 06380** | **customer.service@libertasfunding.com**  **800-704-8675** | **MCA Funder** | | | | **$337,500.00** |
| **Libertas Funding, LLC**  **411 West Putnam Ave.**  **Suite 220**  **Taftville, CT 06380** | **customer.service@libertasfunding,com**  **800-704-8675** | **MCA Funding** | | | | **$204,038.00** |
| **MCA Servicing Company** | | **MCA Funder** | | | | **$336,000.00** |
| **New York Tribeca Group LLC**  **40 Wall St., 23rd Flr.**  **New York, NY 10005** | **v.sanchez@nytribecagroup.com** | **MCA Funding** | | | | **$138,357.00** |
| **Parkview Advance LLC**  **600 Summer St.**  **Stamford, CT 06901** | **accounting@parkviewadvance.com**  **203-675-0071** | **MCA Funder** | | | | **$219,455.00** |
| **Paul Corbett**  **Meadow House**  **Hanwood,**  **Shrewsbury**  **SY5 8LA** | | **money loaned** | | | | **$124,845.00** |
| **Prosperum Capital Partners**  **LLC dba Arsenal Funding**  **15 W. 36th St., 11th Floor**  **New York, NY 10018** | **customer.service@arsenalfunding,com** | **MCA Funder** | | | | **$138,357.00** |
| **Snap Capital, Inc.**  **1680 Michigan Ave.**  **Suite 700**  **Miami Beach, FL 33139** | **bill@snapcg.com**  **786-926-6964** | **MCA Funder** | | | | **$263,414.00** |

Debtor **Contour Spa, LLC**                                                                      Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TruCryo Battlefield, Enterprise Park Stafford Drive Shrewsbury, SY1 3FE England** | sales@trucryo.com +44 (0) 1743-213-080 | **Trade debt** | | | | **$571,200.00** |
| **Vex Capital 800 Boylston St. Suite 1410 Boston, MA 02199** | admin@vexcapitalllc.com | **MCA Funder** | | | | **$306,819.00** |

| | | |
|---|---|---|
| Contour Spa, LLC<br>8762 Lake Tibet Court<br>Orlando, FL 32836 | Cashable LLC<br>1221 McDonald Ave.<br>Brooklyn, NY 11203 | Contour Spa Brookfield LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 |
| Jimmy D. Parrish<br>Baker & Hostetler LLP<br>200 S. Orange Ave.<br>Suite 2300<br>Orlando, FL 32801 | CHTD Company<br>PO Box 2576<br>Springfield, IL 62708 | Contour Spa Clearwater<br>1211 Court Street, Ste. 11<br>Clearwater, FL 33756 |
| Advance Servicing Inc.<br>15 Main Street<br>Holmdel, NJ 07733 | Contour Spa<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Clearwater LLC<br>1211 Court Street, Ste. 11<br>Clearwater, FL 33756 |
| Alpha Capital Solutions<br>6550 Congress Ave<br>Boca Raton, FL 33487 | Contour Spa 5th Street LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Coral Gables<br>2 Aragon Ave.<br>Coral Gables, FL 33134 |
| American Express<br>P.O. Box 981531<br>El Paso, TX 79998-1531 | Contour Spa Appleton LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Coral Gables LLC<br>2 Aragon Ave.<br>Coral Gables, FL 33134 |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | Contour Spa Austin LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Delray Beach<br>1325 N Federal Hwy<br>Delray Beach, FL 33483 |
| Assured Assets LLC<br>9 W Broad St. #320<br>Stamford, CT 06902 | Contour Spa Avondale LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Delray Beach LLC<br>1325 Federal Hwy.<br>Delray Beach, FL 33483 |
| Benlie LLC<br>1961 Copper Top Way<br>De Pere, WI 54115 | Contour Spa Birmingham LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Eagan LLC<br>8762 Tibet Ct.<br>Orlando, FL 32836 |
| Bill.com Divvy Card<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Contour Spa Blaine LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Fagan<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 |

| | | |
|---|---|---|
| Contour Spa Fagan LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Naples<br>800 5th Ave. S.<br>Ste. 201<br>Naples, FL 34102 | Contour Spa Southport<br>1481 SE 17th Street<br>Suite 5<br>Fort Lauderdale, FL 33316 |
| Contour Spa Gilbert LLC<br>8762 Lake Tibet Ct<br>Orlando, FL 32836 | Contour Spa Naples LLC<br>800 5th Ave. S<br>Ste. 201<br>Naples, FL 34102 | Contour Spa Southport LLC<br>1481 SE 17th Street<br>Suite 5<br>Fort Lauderdale, FL 33316 |
| Contour Spa Greenville LLC<br>8762 Lake Tibet Ct<br>Orlando, FL 32836 | Contour Spa New Smyrna Beach LLC<br>202 Julia St.<br>New Smyrna Beach, FL 32168 | Contour Spa Tampa<br>16703 Early Riser Ave.<br>Ste. 150<br>Land O Lakes, FL 34638 |
| Contour Spa Hendersonville LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa New Smyrna Beach<br>202 Julia St.<br>New Smyrna Beach, FL 32168 | Contour Spa Tampa LLC<br>16703 Early Riser Ave<br>Ste. 150<br>Land O Lakes, FL 34638 |
| Contour Spa Jacksonville Beach LLC<br>1388 Beach Blvd., Loft 12<br>Jacksonville Beach, FL 32250 | Contour Spa Ormond Beach<br>761 W Granada Blvd<br>Ormond Beach, FL 32174 | Contour Spa Wesley Chapel<br>28210 Paseo Drive<br>Suite 190-242<br>Wesley Chapel, FL 33543 |
| Contour Spa Jacksonville Beach<br>1388 Beach Blvd., Loft 12<br>Jacksonville Beach, FL 32250 | Contour Spa Ormond Beach LLC<br>761 W Granada Blvd<br>Ormond Beach, FL 32174 | Contour Spa Wesley Chapel LL<br>28210 Paseo Drive<br>Ste. 190-242<br>Wesley Chapel, FL 33543 |
| Contour Spa Katy LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Papillion LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa West Omaha LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 |
| Contour Spa Middleton LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Peoria LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Winter Garden<br>435 Dillard St<br>Winter Garden, FL 34787 |
| Contour Spa Mount Pleasant LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Sioux Falls LLC<br>8762 Lake Tibet Ct.<br>Orlando, FL 32836 | Contour Spa Winter Garden LL<br>435 Dillard St<br>Winter Garden, FL 34787 |

CT Corporation System, as Representative
330 N. Brand Blvd., Suite 70
Attn; SPRS
Glendale, CA 91203

CT Corporation System, as Representative
330 N. Brand Blvd., Suite 70
Attn: SPRS
Glendale, CA 91203

EBF Holdings, LLC dba Lendini
3220 Tillman Dr., Ste. 200
Bensalem, PA 19020

Forever Funding
251 Little Falls Dr.
Wilmington, DE 19808

Formentera Capital Group

Fox Funding Group LLC
803 S 21st Ave.
Hollywood, FL 33020

Funding Metrics, LLC dba Lendini
3220 Tillman Dr., Ste. 200
Bensalem, PA 19020

Gelt Capital USA LLC
7901 4th Street N.
Suite 300
Saint Petersburg, FL 33702

Itria Ventures LLC
1 Penn Plaza
Ste. 3101
New York, NY 10119-3101

Kash Advance, LLC
323 Sunny Isles Blvd.
Suite 503
North Miami Beach, FL 33160

Lanco Equities
500 W. Putnam Ave.
Suite 400
Greenwich, CT 06830

Lendr.online, LLC
670 Clark St.
Ste. 200
Chicago, IL 60654

Leventhal Familty Trust
8762 Lake Tibet Ct.
Orlando, FL 32836

Leventhal Family Trust
Attn: Ron Leventhal
8762 Lake Tibet Court
Orlando, FL 32836

Leventhal Family Trust
8762 Lake Tibet Ct.
Orlando, FL 32836

Libertas Funding, LLC
411 West Putnam Ave.
Suite 220
Taftville, CT 06380

MCA Servicing Company

New York Tribeca Group LLC
40 Wall St., 23rd Flr.
New York, NY 10005

Next Wellness USA
8600 Commodity Circle
Orlando, FL 32836

NextWellness USA
8762 Lake Tibet Ct.
Orlando, FL 32836

NextWellness USA LLC
8762 Lake Tibet Ct
Orlando, FL 32836

NextWellness USA LLC
8762 Lake Tibet Ct.
Orlando, FL 32836

Parkview Advance LLC
600 Summer St.
Stamford, CT 06901

Paul Corbett
Meadow House
Hanwood, Shrewsbury
SY5 8LA

Prosperum Capital Partners LLC dba Arsenal Funding
15 W. 36th St., 11th Floor
New York, NY 10018

Ronald Harry Leventhal

Snap Capital, Inc.
1680 Michigan Ave.
Suite 700
Miami Beach, FL 33139

Strategic Solutions Management, LLC
8762 Lake Tibet Ct.
Orlando, FL 32836

Vital Position LLC
1350 Concourse Ave
Apt. 815
Memphis, TN 38104

Strategic Solutions Management LLC
8762 Lake Tibet Ct.
Orlando, FL 32836

Strategic Solutions Mgmt
8762 Lake Tibet Ct.
Orlando, FL 32836

Sunrise Bank
109 E. Church St.
Ste. 100
Orlando, FL 32801

TruCryo
Battlefield, Enterprise Park
Stafford Drive
Shrewsbury, SY1 3FE
England

Vex Capital
800 Boylston St.
Suite 1410
Boston, MA 02199

Victoria Triece
11800 Glass House Lane
Unit 1101
Orlando, FL 32836

Vital Position
8762 Lake Tibet Ct.
Orlando, FL 32836

Vital Position LLC
8762 Lake Tibet Ct.
Orlando, FL 32836